IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL WHITE,

    Petitioner,

v.                                    CASE NO. 1:09-CV-106-MMP-AK

WALTER MCNEIL,

    Respondent.
_____/

## **O R D E R**

    This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner's Petition for Writ of Habeas Corpus at doc. 1 be denied. The Magistrate Judge filed the Report and Recommendation on June 8, 2009. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections. On June 25, 2009, Petitioner filed objections to the Report and Recommendation. Doc. 6. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court has made a *de novo* review of those portions to which Petitioner made objections. For the reasons stated below, the Court has determined that the Report and Recommendation should be adopted.

    The Magistrate Judge determined that Petitioner's Petition for Writ of Habeas Corpus was untimely filed, as it was filed nine years after his conviction became final, with no state collateral attacks to toll the federal time limit. Doc. 5 at 1. Petitioner admits this, but makes a claim of actual innocence, which excuses his procedural default.

    Petitioner raises two arguments in support of his claim of actual innocence. First, he

states that "the state intentionally constructively amended the information 'after' petitioner produce[d] jail records that showed he was incarcerated when the crime supposedly took place." Doc. 6 at 2. However, this objection concerns a procedural matter that went unchallenged during the trial, not new evidence that shows Petitioner is actually innocent of the crime.

Second, Petitioner argues that a gunshot wound he suffered before the dates of the crimes made it impossible for him to remember the events that were the subject of his trial. However, this gunshot wound was known during the trial and was either not raised or was raised and rejected. In any event, it is not new evidence justifying an actual innocence claim. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's Petition for Writ of Habeas Corpus at Doc. 1 is denied.

**DONE AND ORDERED** this *8th* day of July, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge